JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA WINZ-BYONE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> METROPOLITAN LIFE ) <br> INSURANCE COMPANY; PARK ) <br> WATER COMPANY LONG TERM ) <br> DISABILITY PLAN, ) <br> ) <br> Defendants. ) <br> _____) | Case No. EDCV 07-238-VAP (OPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Judgment be entered in favor of Defendants and against Plaintiff. Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: March 26, 2008

_____
VIRGINIA A. PHILLIPS
United States District Judge